UNITED STATES of America, Plaintiff–Appellee

v.

Inoel Jedamin RODAS–DE LEON, Defendant–Appellant.

No. 15–41170
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 18, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

FCI McDowell, Welch, WV, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The Federal Public Defender appointed to represent Inoel Jedamin Rodas–De Leon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rodas–De Leon has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rodas–De Leon's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.